DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIBSON,**
Appellant,

v.

**DICK DWYER** and **FLORIDA INVESTIGATORS, INC.,**
Appellees.

No. 4D22-2554

[August 23, 2023]

Appeal of a non-final order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren Burke, Judge; L.T. Case No. 502021SC007675.

Robert Gibson, Lake Worth Beach, pro se.

No brief filed for appellees.

PER CURIAM.

We reverse the county court's nonfinal order denying Appellant's motion to disqualify Appellees' counsel. The county court erred in failing to reach the merits of the motion and denying it as moot. The county court determined the motion was moot because, at a prior hearing, the court had orally granted a motion for default. But the oral order granting the default had not been reduced to writing. Additionally, the underlying small claims case remains open.

Accordingly, the order denying the motion to disqualify is reversed and remanded for further consideration on the merits.

*Reversed and remanded.*

LEVINE, CONNER and KUNTZ JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***